IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                                      Case No. 3:19cr137(9)

JUJUAN D. HANSBRO,              JUDGE WALTER H. RICE

        Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR MODIFICATION OF DEFENDANT'S BOND CONDITIONS (DOC. #176); RIGHT OF APPEAL EXPLAINED

---

      Pursuant to an on the record telephone conference call held between Court and counsel on April 6, 2020, as well as a review of the two Reports from Pretrial Services and a review of the Defendant's past criminal record contained therein, this Court OVERRULES the Defendant's Motion for Modification of Bond Conditions (Doc. #176), concluding that there exists no condition or combination of conditions such as to guarantee the appearance of the Defendant when required and/or the safety of any other person and the community.

      In ruling as aforesaid, this Court notes numerous capiases for non-appearance on the Defendant's past criminal record, as well as significant criminal activity in the last five to eight years.

      In short, this is a presumption case, and the Defendant has failed to rebut that presumption of detention, by the requisite burden of proof, based upon the aforesaid.

Defendant, to whom a copy of this Entry is sent, is advised that he has fourteen days from the filing of this Decision and Entry to appeal this Court's decision rendered herein to a higher court. He is entitled to the services of an attorney to aid him in such an appeal. Should he wish to appeal and desires an attorney to represent him, the Court will appoint an attorney for him, at no cost, to assist him in such an appeal.

April 24, 2020

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Jujuan Hansbro, c/o Montgomery County Jail, 330 W. 2nd Street, Dayton, OH 45422