IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19cr137(9) |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| vs. | : | |
| JUJUAN HANSBRO | : | |
| Defendant. | : | |

ENTRY ALLOWING ATTORNEY VISIT BETWEEN RICHARD MAYHALL
AND INMATE, JUJUAN HANSBRO

This Court, upon oral motion of newly appointed counsel for defendant (previous counsel, William Cass, has withdrawn), requests that the Montgomery County Jail allow Richard Mayhall to consult with inmate, Jujuan Hansbro.

July 10, 2020

_(signature)_ (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal
Montgomery County Jail